

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Andrew J. Rauchberg**
phone: 212-356-0891
email: arauchbe@law.nyc.gov

July 15, 2022

> Application **GRANTED**. By **July 29, 2022**, the parties shall file either a stipulation of settlement or another status letter. If no settlement is reached by July 29, 2022, Plaintiffs shall file their motion for summary judgment by **August 4, 2022**.
>
> Dated: July 18, 2022
> New York, New York
>
> *LORNA G. SCHOFIELD*
> **UNITED STATES DISTRICT JUDGE**

<u>VIA ECF</u>

Hon. Lorna G. Schofield
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York  10007

    Re:  *C.C. and L.C. obo H.C. v. N.Y. City Dep't of Educ.,*
           Index No. 22 CV 334 (LGS)(OTW)

Dear Judge Schofield:

        I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and attorney for Defendant New York City Department of Education in the case referenced above. I submit this status letter jointly with Plaintiffs' counsel and pursuant to the Court's Order dated July 5, 2022.

        As the Court may recall, Plaintiffs in this action seek to compel the Department of Education to issue payments for private school tuition and also attorneys' fees and costs accrued at an administrative due process hearing. At this point, the only claim remaining is Plaintiffs' claim for reasonable attorneys' fees and costs accrued in this action. I have applied to the New York City Comptroller's Office for authority to resolve this claim, but that Office needs more time to consider the application.

        Accordingly, the parties respectfully request that the Court grant them two additional weeks, or to July 29, 2022, to attempt to settle the remaining claim. The parties respectfully propose to submit either a stipulation of settlement and discontinuance or another status letter by that date. If settlement is not reached, the parties respectfully request that the Court grant a corresponding two week extension of the deadline for Plaintiffs to serve their initial papers in support of a summary judgment, or an extension to August 4, 2022. The parties also respectfully request that the Court extend by two weeks the other dates in the briefing schedule.

This is the third request made to adjust the briefing schedule, and no other scheduled dates will be impacted by the proposed extension. Plaintiffs' original deadline to serve and file their initial papers was June 7, 2022, but the Court granted the parties' first two requests for additional time. I have communicated with William DeVinney, Esq., Plaintiffs' attorney, and as indicated, this request is made jointly.

Thank you for your consideration of this matter.

Respectfully submitted,

s/

Andrew J. Rauchberg
Assistant Corporation Counsel

cc: William DeVinney, Esq.
Briglia Hundley PC
Attorneys for Plaintiffs