

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Andrew J. Rauchberg
phone: 212-356-0891
email: arauchbe@law.nyc.gov

July 29, 2022

*Application **GRANTED**. By **August 12, 2022**, the parties shall file either a stipulation of settlement or another status letter. If no settlement is reached by **August 12, 2022**, Plaintiffs shall file their motion for summary judgment by **August 18, 2022**.*

*Dated: August 1, 2022*
*New York, New York*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

VIA ECF

Hon. Lorna G. Schofield
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  *C.C. and L.C. obo H.C. v. N.Y. City Dep't of Educ.*,
Index No. 22 CV 334 (LGS)(OTW)

Dear Judge Schofield:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and attorney for Defendant New York City Department of Education in the case referenced above. I submit this status letter jointly with Plaintiffs' counsel and pursuant to the Court's Order dated July 18, 2022.

As noted in the parties' last letter to the Court, Plaintiffs' claims have been largely resolved, except for their claim for reasonable attorneys' fees, costs, and expenses in connection with this action. The parties have begun discussing settlement of this remaining claim, but need more time to attempt to reach agreement. We respectfully request that the Court allow the parties another two weeks, or to August 12, 2022, to either submit a stipulation of settlement or another status letter.

The parties respectfully request that, if settlement is not reached, the Court grant a corresponding two week extension of the deadline for Plaintiffs to serve their initial papers in support of a summary judgment, or an extension to August 18, 2022. The parties also respectfully request that the Court extend by two weeks the other dates in the briefing schedule.

This is the fourth request made to adjust the briefing schedule. Plaintiffs' original deadline to serve and file their initial papers was June 7, 2022, but the Court granted the parties' first three requests for additional time. No other scheduled dates will be impacted by the proposed

extension. I have communicated with William DeVinney, Esq., Plaintiffs' attorney, and as indicated, this request is made jointly.

    Thank you for your consideration of this matter.

    Respectfully submitted,

    s/

    Andrew J. Rauchberg
    Assistant Corporation Counsel

cc:    William DeVinney, Esq.
    Briglia Hundley PC
    Attorneys for Plaintiffs