

THE CITY OF NEW YORK

# LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

**Andrew J. Rauchberg**
phone: 212-356-0891
email: arauchbe@law.nyc.gov

August 12, 2022

**VIA ECF**

Hon. Lorna G. Schofield
United States District Court for the
Southern District of New York
40 Foley Square
New York, New York  10007

> Re:  *C.C. and L.C. obo H.C. v. N.Y. City Dep't of Educ.,*
>      Index No. 22 CV 334 (LGS)(OTW)

Dear Judge Schofield:

I am an Assistant Corporation Counsel in the Office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York and attorney for Defendant New York City Department of Education in the case referenced above.  I submit this status letter jointly with Plaintiffs' counsel and pursuant to the Court's Order dated August 1, 2022.

As the Court may recall, the only remaining claim in this action is Plaintiffs' claim for reasonable attorneys' fees, costs, and expenses.  The parties are engaged in settlement discussions, but have not yet reached agreement.  We respectfully request that the Court allow the parties another three weeks, or to September 2, 2022, to either submit a stipulation of settlement or another status letter.  The parties also respectfully request that the Court grant a corresponding extension of the deadline for Plaintiffs to serve their initial papers in support of a summary judgment motion, or an extension to September 8, 2022.  Finally, the parties respectfully request that the Court also extend the other dates in the briefing schedule by the same three weeks.

This is the fifth request made to adjust the briefing schedule.  The original deadline for Plaintiffs to serve and file their initial papers was June 7, 2022, but the Court granted the parties' previous four requests for additional time.  No other scheduled dates will be impacted by the proposed extension.  The parties recognize that the Court has given them ample time to resolve this matter.  We fully expect to reach agreement, or acknowledge that we are at impasse, during

this proposed period of time.  I have communicated with William DeVinney, Esq., Plaintiffs' attorney, and as indicated, this request is made jointly.

Thank you for your consideration of this matter.


Respectfully submitted,

s/

Andrew J. Rauchberg
Assistant Corporation Counsel


cc:    William DeVinney, Esq.
       Briglia Hundley PC
       Attorneys for Plaintiffs


Application **GRANTED**.  By **September 2, 2022**, the parties shall file either a stipulation of settlement or another status letter.  If no settlement is reached by September 2, 2022, Plaintiffs shall file their motion for summary judgment by **September 8, 2022**, not to exceed 25 pages.  By **September 29, 2022**, Defendant shall file the opposition and any cross-motion for summary judgment, not to exceed 30 pages. By **October 20, 2022**, Plaintiff shall file a reply and opposition to Defendant's cross-motion for summary judgment if any, not to exceed 15 pages.  By **November 10, 2022**, Defendant shall file a reply in support of the cross-motion for summary judgment if any, not to exceed 10 pages.  Notwithstanding these aforementioned page limits, each party has discretion over how to allocate its respective 40 pages total of briefing across its two briefs, provided neither party exceeds the 40 pages of briefing total.

In lieu of separate Local Rule 56.1 statements, the parties shall file a joint statement of undisputed facts ("Joint Statement"), with citations to the Bates-stamped Record, by the time that the first brief is due. (*See* Dkt. No. 11.)  No further extensions of the briefing schedule will be granted absent extraordinary circumstances.

Dated:  August 16, 2022
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE